EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON            #4532
Chief, Violent Crimes

WES REBER PORTER             #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:     440-9248
facsimile:     541-2958
e-mail:        wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 21 2004
at 2 o'clock and 25 min. PM
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. CR04 00170 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | |
| GEORGE BALLAO, JR., ) | [18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(g)(3)] |
| Defendant. ) | |

# INDICTMENT

### Count 1
(18 U.S.C. § 922(g)(1))

The Grand Jury charges that:

On or about March 7, 2003, in the District of Hawaii, defendant GEORGE BALLAO, JR., having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a

SEALED
BY ORDER OF THE COURT

Luigi-Franchi, 12 gauge shotgun bearing Serial Number 023153.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 2
(18 U.S.C. § 922(g)(3))

The Grand Jury further charges that:

On or about March 7, 2003, in the District of Hawaii, defendant GEORGE BALLAO, JR., then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm, to wit: a Luigi-Franchi, 12 gauge shotgun bearing Serial Number 023153.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: April 21, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crimes

WES REBER PORTER
Assistant U.S. Attorney