EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Chief, Major Crimes

WES REBER PORTER  #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:     wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00170HG |
| Plaintiff, | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| GEORGE BALLAO, JR. | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant George Ballao, Jr. on the grounds that he pleaded guilty to a Criminal Information under Cr. No. 04-00359 HG that encompassed his criminal conduct.

The defendant is not in custody on the dismissed charge listed above.

DATED: Honolulu, Hawaii, SEP - 9 2005        .

                        EDWARD H. KUBO, JR.
                        UNITED STATES ATTORNEY
                        District of Hawaii

                        By _____
                           WES REBER PORTER
                           Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
HELEN GILLMOR
UNITED STATES DISTRICT JUDGE

United States v. George Ballao, Jr.
Cr. No. 04-00170 HG
Order for Dismissal

copies:    United States Marshal
            ATF SA Ty Torco
            Donna Gray, AFPD (Attorney for Defendant)